IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02665-WDM-MJW

CYNTHIA HERRERA,

Plaintiff(s),

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Vacate Settlement Conference, DN 19, filed with the Court on March 15, 2011, is GRANTED.  The Settlement Conference set on March 21, 2011, at 1:30 p.m., is VACATED.

     FURTHER, it is ORDERED that counsel shall file a written status report with the court no later than five (5) business days after the private mediation session, to report the outcome of the parties' settlement efforts.

Date:  March 16, 2011